FILED
2025 Jan-29 AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **MICAH SCOTT,** ***on behalf of himself and others similarly situated,*** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No: 5:24-cv-0737-LCB** |
| **V.** | ) | |
| | ) | |
| **SIRIUS XM RADIO, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# MEMORANDUM

The parties have filed a Joint Stipulation of Dismissal. (Doc. 19). According to the stipulation, Micah Scott's individual claims are dismissed with prejudice, and the putative class's claims are dismissed without prejudice. Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). No class has yet been certified, and none of the other exceptions apply in this case.

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the case was dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the case upon proper filing).

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** January 29, 2025.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE